IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )
                                 )
          v.                     )    No.  04 CR 889-2
                                 )
NORMAN THOMAS,                   )
                                 )
               Defendant.        )

## MEMORANDUM ORDER

Counsel for defendant Norman Thomas ("Thomas") has just filed a motion requesting this Court to direct the government "to give notice of its intention to use other crimes, wrongs and/or other acts of evidence at trial and to turn over all 3500 material." With the trial scheduled to begin at 9:30 a.m. May 16, 2005, the prompt entry of an appropriate order is called for.

Accordingly it is hereby ordered:

    1. that the government deliver to defense counsel, on or before April 27, 2005, a <u>Santiago</u> proffer identifying, and stating the predicate for admissibility of, any Fed. R. Evid. ("Rule") 404(b) evidence that it contemplates offering at trial; and

    2. that the government provide defense counsel with all 18 U.S.C. §3500 material in ample time before trial begins.

In the latter respect, Congress' enactment of Section 3500 was

expressly intended to take the establishment of a specific date for compliance out of the hands of the judiciary. This Court has no intention, of course, to flout that purpose or the language of the statute. It suggests, however, given the prospect of a week-long trial and the need for defense counsel to have adequate time for preparation, that a good target date for such delivery would be the same April 27 date that has been set for Rule 404(b) disclosure.

                                       _____
                                       Milton I. Shadur
                                       Senior United States District Judge

Date: April 13, 2005